# Exhibit A

| | |
|---|---|
| **From:** | Leblang, Kevin B. <kleblang@KRAMERLEVIN.com> |
| **Sent:** | Tuesday, September 3, 2024 3:26 PM |
| **To:** | Ethan Krasnoo |
| **Cc:** | Ariana Zhao; Fassler, Rachael A. |
| **Subject:** | RE: [EXTERNAL] RE: Ingrasselino/Madison Square Garden |

Ethan,

I hope you had a good long weekend.

I can confirm that MSG will pay for the cost of a mediation before Dina Jansenson, contingent on your providing documentary or other evidence prior to the mediation supporting your client's position. ████████████████████████████████████████████████████████████████████████████

Thanks.
Kevin

## Kevin B. Leblang
Partner Chair, Employment Law

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, New York 10036
**T** 212.715.9306 **F** 212.715.8306
kleblang@KRAMERLEVIN.com

Bio

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Ethan Krasnoo <EKrasnoo@rpjlaw.com>
**Sent:** Thursday, August 29, 2024 2:28 PM
**To:** Leblang, Kevin B. <kleblang@KRAMERLEVIN.com>
**Cc:** Ariana Zhao <AZhao@rpjlaw.com>
**Subject:** RE: [EXTERNAL] RE: Ingrasselino/Madison Square Garden

Hi Kevin. I hope you had a nice vacation. I'm taking one next week myself.

I just wanted to check in and see if you have an update on the below.

Thanks,

Ethan

_____

Ethan M. Krasnoo, Esq.
Partner
He|Him|His

1

REAVIS PAGE JUMP LLP | 41 Madison Avenue | 41st Floor | New York, NY | 10010
tel: 212.763.4100 | direct: 212.763.4148 | fax: 212.763.4141
ekrasnoo@rpjlaw.com | www.rpjlaw.com

Attorneys and Affiliated Attorneys admitted to practice law in New York, Connecticut, District of Columbia, Massachusetts, New Jersey, California, Colorado, Hawaii, Oregon, Texas, European Union, England and Wales, France (Paris Bar) and Sweden.  RPJ is a certified Women's Business Enterprise.

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error so we may redeliver it to the intended recipient.  Thank you.*

**From:** Leblang, Kevin B. <kleblang@KRAMERLEVIN.com>
**Sent:** Thursday, August 22, 2024 5:07 PM
**To:** Ethan Krasnoo <EKrasnoo@rpjlaw.com>
**Cc:** Ariana Zhao <AZhao@rpjlaw.com>
**Subject:** Re: [EXTERNAL] RE: Ingrasselino/Madison Square Garden

Ethan.
I am on vacation and will respond early next week.   I'm sure this is fine but will confirm with my client.
Kevin
Sent from my iPhone

### Kevin B. Leblang
Partner Chair, Employment Law

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, New York 10036
**T** 212.715.9306 **F** 212.715.8306
kleblang@KRAMERLEVIN.com

Bio

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

> On Aug 21, 2024, at 3:08 PM, Ethan Krasnoo <EKrasnoo@rpjlaw.com> wrote:
>
> Hi Kevin:
>
> I have spoken with Mr. Ingrasselino and, in accordance with your proposal from our call last week, he is amenable to providing some documentary evidence to you prior to mediation in exchange for the agreement that your client, Madison Square Garden, will attend and pay for private mediation with a mutually agreed upon mediator.  We will require confidentiality obligations with respect to any such documentation provided that warrants such protection.
>
> Please confirm agreement to the above.

2

As discussed, I will check on mediator availability for Dina Jansenson, but if it is too extensive of a period of wait time we can regroup and decide on another mediator.

Best,

Ethan

_____

Ethan M. Krasnoo, Esq.
Partner
He|Him|His

REAVIS PAGE JUMP LLP | 41 Madison Avenue | 41st Floor | New York, NY | 10010
tel: 212.763.4100 | direct: 212.763.4148 | fax: 212.763.4141
ekrasnoo@rpjlaw.com | www.rpjlaw.com

Attorneys and Affiliated Attorneys admitted to practice law in New York, Connecticut, District of Columbia, Massachusetts, New Jersey, California, Colorado, Hawaii, Oregon, Texas, European Union, England and Wales, France (Paris Bar) and Sweden.  RPJ is a certified Women's Business Enterprise.
<image001.jpg>

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error so we may redeliver it to the intended recipient.  Thank you.*

**From:** Leblang, Kevin B. <kleblang@KRAMERLEVIN.com>
**Sent:** Thursday, August 15, 2024 11:43 AM
**To:** Ariana Zhao <AZhao@rpjlaw.com>
**Cc:** Ethan Krasnoo <EKrasnoo@rpjlaw.com>
**Subject:** RE: Ingrasselino/Madison Square Garden

The block was on my end and has been lifted.
I have no idea how that happened.

# Kevin B. Leblang
Partner Chair, Employment Law

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, New York 10036
**T** 212.715.9306 **F** 212.715.8306
kleblang@KRAMERLEVIN.com


Bio

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Ariana Zhao <AZhao@rpjlaw.com>
**Sent:** Wednesday, August 14, 2024 5:09 PM
**To:** Leblang, Kevin B. <kleblang@KRAMERLEVIN.com>
**Cc:** Ethan Krasnoo <EKrasnoo@rpjlaw.com>
**Subject:** [EXTERNAL] Ingrasselino/Madison Square Garden

Hi Mr. Leblang:

I am a paralegal at Reavis Page Jump and work with Ethan Krasnoo on the Ingrasselino/Madison Square Garden matter.  I understand Ethan has received bounce messages when he tries to email you back.  He asked me to send you the below bounce response he receives when he tries to email you, in case useful for your tech team to analyze the problem on your end.  Thanks very much.
-----

**us-smtp-inbound-1.mimecast.com rejected your message to the following email addresses:**

Leblang, Kevin B. (kleblang@KRAMERLEVIN.com)
Your message couldn't be delivered and there was no valid enhanced status code being issued by the remote mail system to determine the exact cause, status: '550 Envelope blocked - User Entry - https://community.mimecast.com/docs/DOC-1369#550 [s4LhzlbgPM6a2W6wYy-NEw.us368]'.

**us-smtp-inbound-1.mimecast.com gave this error:**
**Envelope blocked - User Entry -** https://community.mimecast.com/docs/DOC-1369#550 **[s4LhzlbgPM6a2W6wYy-NEw.us368]**


**Diagnostic information for administrators:**

Generating server: PHL1HT04.phl1dom1.com

kleblang@KRAMERLEVIN.com
us-smtp-inbound-1.mimecast.com
Remote Server returned '550 Envelope blocked - User Entry -
https://community.mimecast.com/docs/DOC-1369#550 [s4LhzlbgPM6a2W6wYy-NEw.us368]'

Original message headers:

```
Received: from PHL1MBX09.phl1dom1.com (10.1.4.185) by PHL1HT04.phl1dom1.com
 (10.1.4.180) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.34; Wed, 14 Aug
 2024 16:41:06 -0400
Received: from PHL1MBX08.phl1dom1.com (10.1.4.184) by PHL1MBX09.phl1dom1.com
 (10.1.4.185) with Microsoft SMTP Server (version=TLS1_2,
 cipher=TLS_ECDHE_RSA_WITH_AES_128_GCM_SHA256) id 15.1.2507.34; Wed, 14 Aug
 2024 16:41:06 -0400
Received: from PHL1MBX08.phl1dom1.com ([fe80::407b:cd35:3557:460d]) by
 PHL1MBX08.phl1dom1.com ([fe80::407b:cd35:3557:460d%6]) with mapi id
 15.01.2507.034; Wed, 14 Aug 2024 16:41:06 -0400
From: Ethan Krasnoo <EKrasnoo@rpjlaw.com>
To: "Leblang, Kevin B." <kleblang@KRAMERLEVIN.com>
Subject: RE: Ingrasselino/Madison Square Garden
Thread-Topic: Ingrasselino/Madison Square Garden
```

```
Thread-Index: Adrtuac6ES2DVv2jShKLZsHrjhvmEQA0Jg9Q
Date: Wed, 14 Aug 2024 20:41:06 +0000
Message-ID: <db8ff14969204a24b9566f62af435cfe@rpjlaw.com>
References: <56be49509af244c9bf74427fb7d94f74@KRAMERLEVIN.com>
In-Reply-To: <56be49509af244c9bf74427fb7d94f74@KRAMERLEVIN.com>
Accept-Language: en-US
Content-Language: en-US
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
x-originating-ip: [10.1.3.182]
x-c2processedorg: 57248368-bfae-4782-97d8-f3bdabeb8321
Content-Type: multipart/related;
        boundary="_004_db8ff14969204a24b9566f62af435cferpjlawcom_";
        type="multipart/alternative"
MIME-Version: 1.0
Return-Path: EKrasnoo@rpjlaw.com
X-ExSBR-Organization: oasishostedexchangmst.com
```

_____

Ariana L. Zhao
Senior Litigation Paralegal & Business Manager
She|Her|Hers

REAVIS PAGE JUMP LLP | 41 Madison Avenue | 41st Floor | New York, NY |10010
tel: 212.763.4100 | direct: 212.763.4156 | fax: 212.763.4141
azhao@rpjlaw.com | www.rpjlaw.com

Attorneys and Affiliated Attorneys admitted to practice law in New York, Connecticut, District of Columbia, Massachusetts, New Jersey, California, Colorado, Hawaii, Oregon, Texas, U.S. Patent and Trademark Office, European Union, England and Wales, France (Paris Bar) and Sweden. RPJ is a certified Women's Business Enterprise.

<image001.jpg>

*This communication is subject to attorney-client privilege and contains confidential information intended for the individual or entity named above only. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error so we may redeliver it to the intended recipient. Thank you.*