

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DONALD INGRASSELINO,
         Plaintiff,
  -vs-

MADISON SQUARE GARDEN ENTERTAINMENT CORP.,
Et al.,
         Defendants.
-------------------------------------------------------------------X

Civil Action No. 1:25-cv-07980
**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   S.S.
COUNTY OF NEW YORK)

**FREDERICK PRINGLE**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 30th day of September, 2025, at approximately the time of 1:20pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND EXHIBITS A-C** upon **MADISON SQUARE GARDEN ENTERTAINMENT CORP.** at 2 Pennsylvania Plaza, New York, NY 10121, by personally delivering and leaving the same with **LEAH DOE (REFUSED TO GIVE SUR NAME)**, who is an employee, works in Legal and is authorized by appointment to receive service for that company.

**LEAH DOE (REFUSED TO GIVE SUR NAME)** is a white female, approximately 40-50 years of age, stands approximately 5 feet 4 to 5 feet 7 inches tall, weighs approximately 130-150 pounds with black hair and brown eyes.

*[signature]*
FREDERICK PRINGLE, #2067891

Sworn to before me this
10th day of October, 2025

*[signature]*
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public-State of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 01, 2026

#310930

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com