

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DONALD INGRASSELINO,　　　　　　　　　　　　　Civil Action No. 1:25-cv-07980
　　　　　Plaintiff,　　　　　　　　　　　　　　**AFFIDAVIT OF SERVICE**

　-vs-

MADISON SQUARE GARDEN ENTERTAINMENT CORP.,
Et al.,
　　　　　Defendants.
-------------------------------------------------------------------X
STATE OF NEW YORK　)
　　　　　　　　　　　S.S.
COUNTY OF NEW YORK)

　　　**FREDERICK PRINGLE**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

　　　That on the 30th day of September, 2025, at approximately the time of 1:20pm, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND EXHIBITS A-C** upon **JOHN EVERSOLE** at 2 Pennsylvania Plaza, New York, NY 10121, by personally delivering and leaving the same on the Madison Square Garden security desk in the presence of **LEAH DOE (REFUSED TO GIVE SUR NAME)**, who is an employee and works in Legal, and is a person of suitable age and discretion at that address, the actual place of business, who at the time of service did not want to accept for John Eversole, stating she can only accept for the company. At the time of service, deponent asked **LEAH DOE (REFUSED TO GIVE SUR NAME)** whether **JOHN EVERSOLE** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

　　　**LEAH DOE (REFUSED TO GIVE SUR NAME)** is a white female, approximately 40-50 years of age, stands approximately 5 feet 4 to 5 feet 7 inches tall, weighs approximately 130-150 pounds with black hair and brown eyes.

#310930

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

That on the 1st day of October, 2025, deponent served another copy of the foregoing upon **JOHN EVERSOLE** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**JOHN EVERSOLE**
2 Pennsylvania Plaza
New York, NY 10121

_____
**FREDERICK PRINGLE, #2067891**

Sworn to before me this
10th day of October, 2025

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public-State of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 01, 2026

#310930

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com