IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD INGRASSELINO,<br><br>                Plaintiff,<br><br>      v.<br><br>MADISON SQUARE GARDEN ENTERTAINMENT CORP., *et al.*,<br><br>                Defendants. | Case No. 1:25-cv-7980 |

**STIPULATION AND ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

      IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and Defendants that the time for both Defendants to answer, move, or otherwise respond to the Complaint is extended to November 24, 2025.

      No prior extensions have been requested or granted, and this extension does not affect any other scheduled dates.


Dated: New York, New York
       October 21, 2025

| | |
|---|---|
| Reavis Page Jump LLP | Madison Square Garden Entertainment Corp. |
| By: */s/ Ethan M. Krasnoo*<br>    Ethan M. Krasnoo<br>    Alice K. Jump<br>    41 Madison Avenue, 41st Floor<br>    New York, New York 10010 | By: */s/ Marlo A. Pecora*<br>    Marlo A. Pecora<br>    Leah Aaronson<br>    2 Penn Plaza, 29th Floor<br>    New York, New York 10121 |
| *Counsel for Donald Ingrasselino* | *Counsel for Madison Square Garden Entertainment Corp. and John Eversole* |

2

SO ORDERED this 22nd day of October 2025.

_____
Hon. Vernon S. Broderick
United States District Court Judge