UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
          :
DONALD INGRASSELINO,           :
          :
          Plaintiff,          :
          :          25-CV-7980 (VSB)
       -against-          :
          :          **ORDER OF REFERENCE**
MADISON SQUARE GARDEN          :
ENTERTAINMENT CORP., *et al.*,          :
          :
          Defendants.          :
          :
-------------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | ____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |

SO ORDERED.
Dated:    October 22, 2025
          New York, New York

                                            Vernon S. Broderick
                                            United States District Judge