UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD INGRASSELINO,<br><br>                    Plaintiff,<br><br>    v.<br><br>MADISON SQUARE GARDEN ENTERTAINMENT CORP. and JOHN EVERSOLE, individually,<br><br>                    Defendants. | Case No. 1:25-cv-7980-VSB-HJR |

**DEFENDANTS' NOTICE OF MOTION TO DISQUALIFY ETHAN M. KRASNOO AND REAVIS PAGE JUMP LLP**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all prior pleadings and proceedings had herein, Defendants Madison Square Garden Entertainment Corp. and John Eversole ("Defendants"), by and through the undersigned counsel, hereby move this Court for an order disqualifying Ethan M. Krasnoo and Reavis Page Jump LLP from continuing to represent Plaintiff Donald Ingrasselino in this action.

DATED:   New York, New York
         November 24, 2025

                                    By:   */s/ Shawn Patrick Regan*
                                          Shawn Patrick Regan
                                          James J. La Rocca
                                          Evan L. G. Weisberg
                                          HUNTON ANDREWS KURTH LLP
                                          200 Park Avenue, 52nd Floor
                                          New York, New York 10166
                                          Tel: (212) 309-1000
                                          Fax: (212) 309-1100
                                          sregan@hunton.com
                                          jlarocca@hunton.com
                                          eweisberg@hunton.com

Christopher M. Pardo
HUNTON ANDREWS KURTH LLP
60 State Street, Suite 2400
Boston, Massachusetts 02109
Tel: (617) 648-2800
Fax: (617) 433-5022
cpardo@hunton.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD INGRASSELINO, <br><br> Plaintiff, <br><br> v. <br><br> MADISON SQUARE GARDEN ENTERTAINMENT CORP. and JOHN EVERSOLE, individually, <br><br> Defendants. | Case No. 1:25-cv-7980-VSB-HJR <br><br> **CERTIFICATE OF SERVICE** |

      I certify that, on the date set forth below, I caused the foregoing to be e-filed with the Court via the CM/ECF system, which sent notification of such filing to the attorneys of record.

DATED:    New York, New York
              November 24, 2025

                                              By:    */s/ Shawn Patrick Regan*
                                                          Shawn Patrick Regan
                                                          HUNTON ANDREWS KURTH LLP
                                                          200 Park Avenue, 52nd Floor
                                                          New York, New York 10166
                                                          Tel: (212) 309-1000
                                                          Fax: (212) 309-1100
                                                          sregan@hunton.com

                                                          *Attorneys for Defendants*