UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD INGRASSELINO,<br><br>              Plaintiff,<br><br>       v.<br><br>MADISON SQUARE GARDEN ENTERTAINMENT CORP. and JOHN EVERSOLE, individually,<br><br>              Defendants. | Case No.: 1:25-cv-7980-VSB-HJR<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, who is admitted to practice in this court and in the State of New York, hereby appears as counsel on behalf of Plaintiff Donald Ingrasselino in the above-captioned action. Contact information for the undersigned counsel is as follows:

Hannah R. Brefeld
Reavis Page Jump LLP
41 Madison Avenue, 41st Floor
New York, NY 10010
Tel.: (212) 763-4100
Fax: (212) 763-4141
hbrefeld@rpjlaw.com

Please notify the undersigned of all filings, notices, motions, etc. in the above-captioned action at the address listed above.

Date:  January 16, 2026
       New York, New York

REAVIS PAGE JUMP LLP

By:  /s/ Hannah R. Brefeld
     Hannah R. Brefeld, Esq.
     41 Madison Avenue, 41st Floor
     New York, New York 10010
     Tel.: (212) 763-4100
     hbrefeld@rpjlaw.com