# Exhibit A

# Ariana Zhao

| | |
|---|---|
| **From:** | Ariana Zhao |
| **Sent:** | Friday, December 20, 2024 4:34 PM |
| **To:** | 'kleblang@kramerlevin.com'; Fisher, Jordan |
| **Cc:** | Ethan Krasnoo |
| **Subject:** | Ingrasselino v. Madison Square Garden Entertainment Corp. et al.; Pre-Mediation Production |

Good afternoon,

On behalf of Mr. Krasnoo, please find below a link to Complainant Donald Ingrasselino's pre-mediation document production. As previously discussed, the documents have been marked "Confidential" and are to be kept as such.

https://www.dropbox.com/scl/fo/vuw46sv5nuw4vj5xwyuwq/AIsonf14lEb70b8eODPvJQY?rlkey=scufn67oly6re6g5tc3l50w6e&st=ctg7pq93&dl=0
Password: 8bQpS110

Please let us know if you have any difficulty accessing the documents.

Best,
Ariana

_____

Ariana L. Zhao
Senior Litigation Paralegal & Business Manager
She|Her|Hers

REAVIS PAGE JUMP LLP | 41 Madison Avenue | 41st Floor | New York, NY |10010
tel: 212.763.4100 | direct: 212.763.4156 | fax: 212.763.4141
azhao@rpjlaw.com | www.rpjlaw.com

Attorneys and Affiliated Attorneys admitted to practice law in New York, Connecticut, District of Columbia, Massachusetts, New Jersey, California, Colorado, Hawaii, Oregon, Texas, U.S. Patent and Trademark Office, European Union, England and Wales, France (Paris Bar) and Sweden. RPJ is a certified Women's Business Enterprise.



*This communication is subject to attorney-client privilege and contains confidential information intended for the individual or entity named above only. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error so we may redeliver it to the intended recipient. Thank you.*