# Exhibit B

**Ariana Zhao**

| | |
|---|---|
| **From:** | Ethan Krasnoo |
| **Sent:** | Tuesday, December 31, 2024 12:31 PM |
| **To:** | kleblang@kramerlevin.com; Fisher, Jordan |
| **Cc:** | Ariana Zhao |
| **Subject:** | RE: Ingrasselino v. Madison Square Garden Entertainment Corp. et al.; Pre-Mediation Production |
| **Attachments:** | SWORN AFFIDAVIT 12.27.2024 INGRASSELINO  ROONEY.pdf |

Hi Kevin and Jordan.

Attached is an additional confidential pre-mediation document that was not in our December 20 production.

Have a good New Year.

Best,

Ethan

_____

Ethan M. Krasnoo, Esq.
Partner
He|Him|His

REAVIS PAGE JUMP LLP | 41 Madison Avenue | 41st Floor | New York, NY | 10010
tel: 212.763.4100 | direct: 212.763.4148 | fax: 212.763.4141
ekrasnoo@rpjlaw.com | www.rpjlaw.com

Attorneys and Affiliated Attorneys admitted to practice law in New York, Connecticut, District of Columbia, Massachusetts, New Jersey, California, Colorado, Hawaii, Oregon, Texas, European Union, England and Wales, France (Paris Bar) and Sweden.  RPJ is a certified Women's Business Enterprise.



*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error so we may redeliver it to the intended recipient.  Thank you.*

**From:** Ariana Zhao <AZhao@rpjlaw.com>
**Sent:** Friday, December 20, 2024 4:34 PM
**To:** kleblang@kramerlevin.com; Fisher, Jordan <JFisher@KRAMERLEVIN.com>
**Cc:** Ethan Krasnoo <EKrasnoo@rpjlaw.com>
**Subject:** Ingrasselino v. Madison Square Garden Entertainment Corp. et al.; Pre-Mediation Production

Good afternoon,

On behalf of Mr. Krasnoo, please find below a link to Complainant Donald Ingrasselino's pre-mediation document production.  As previously discussed, the documents have been marked "Confidential" and are to be kept as such.

https://www.dropbox.com/scl/fo/vuw46sv5nuw4vj5xwyuwq/AIsonf14lEb70b8eODPvJQY?rlkey=scufn67oly6re6g5tc3l50w6e&st=ctg7pq93&dl=0

Password: 8bQpS110

Please let us know if you have any difficulty accessing the documents.

Best,
Ariana

_____

Ariana L. Zhao
Senior Litigation Paralegal & Business Manager
She | Her | Hers

REAVIS PAGE JUMP LLP | 41 Madison Avenue | 41st Floor | New York, NY | 10010
tel:  212.763.4100 | direct:  212.763.4156 | fax:  212.763.4141
azhao@rpjlaw.com | www.rpjlaw.com

Attorneys and Affiliated Attorneys admitted to practice law in New York, Connecticut, District of Columbia, Massachusetts, New Jersey, California, Colorado, Hawaii, Oregon, Texas, U.S. Patent and Trademark Office, European Union, England and Wales, France (Paris Bar) and Sweden.  RPJ is a certified Women's Business Enterprise.



*This communication is subject to attorney-client privilege and contains confidential information intended for the individual or entity named above only. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error so we may redeliver it to the intended recipient.  Thank you.*

| DONALD INGRASSELINO, | |
| COMPLAINANT, | |
| -AGAINST- | JAMS REF. NO.: 1425043190 |
| MADISON SQUARE GARDEN ENTERTAINMENT CORP. AND JOHN EVERSOLE, | |
| RESPONDENTS. | |

# **SWORN AFFIRMATION OF FIONA ROONEY**

STATE OF NEW JERSEY )
)  SS.:
COUNTY OF   BERGEN    )

FIONA ROONEY, under penalties of perjury, hereby says:

1. I am a New Jersey resident over 18 years of age and have known Donald ("Donnie") Ingrasselino for over 10 years.

2. On Friday, February 2, 2024, I met Donnie for breakfast at his apartment prior to him going into the office for work. I arrived at about 9:00 a.m. and he was already working on his laptop.

3. Donnie appeared very stressed and anxious. I asked him what was bothering him, and he told me he really had a lot of work to do, and that his boss John Eversole was becoming extremely irrational and difficult, often screaming and yelling at him for no reason. Donnie's demeanor is normally calm and I have observed his strong work ethic for his job, so I knew something was different.

4. I was very aware of Donnie's boss, as Donnie had previously spoken to me about what he (Donnie) believed to be Mr. Eversole's reckless behavior and crazy actions. I have been standing next to Donnie several times during non-standard work hours when Mr. Eversole would call him.

5. Donnie and I have attended many evening dinners together, outside of Donnie's work hours, and Mr. Eversole would often call, interrupting, and yelling and screaming about something that took place that Donnie needed to fix. At times, I understood that they were personal "clean up" issues for Mr. Eversole and his reckless decisions and behaviors that would need to be fixed. The personal matters clearly were outside of the job description of Donnie's duties. To hear of yelling and

screaming on the phone and the demands and incidents was absolutely appalling to say the least.

6. The first time I had heard Mr. Eversole's voice was prior to Donnie starting his job at Madison Square Garden ("MSG"). Donnie had accepted the offer and signed his contract. Donnie and I live right next door to each other, so we often spend time together outside.

7. Sometime in September 2023 (I do not have an exact date), we were walking outside with our dogs and Mr. Eversole called Donnie and Donnie answered the call. I could hear Mr. Eversole's voice on the other end of the phone. At first, the call was very nice with Mr. Eversole asking if Donnie was excited to be back at MSG. Donnie was smiling and said, "yes, very." The conversation then changed quickly as Mr. Eversole began talking about several women he stated were part of an "intel" team. I cannot say I understood what that meant as I am not in the security field. I do not recall their names, but I heard through the phone that Mr. Eversole referred to them several times as "toxic" and "crazy bitches."

8. I heard Mr. Eversole order Donnie in a very forceful manner to never interact or speak with the women (who, again Mr. Eversole referred to in highly derogatory terms), due to the fact that he wanted to fire them. Donnie made efforts with the phone to make it so I could not hear the conversation any more at that point, and I could tell he was very uncomfortable. I was unable to hear the remainder of the call.

9. On February 2, 2024 I was in Donnie's apartment in the morning and overheard another telephone interaction between Donnie and Mr. Eversole. This call too started out with Mr. Eversole just asking what Donnie was doing, and Donnie responding that he was getting some work done before heading into the office.

10. Mr. Eversole then asked Donnie if he knew a female was assaulted at MSG the night prior and asked if he saw an email. Donnie immediately told Mr. Eversole he had not seen the email and immediately started looking through his system for the email. That's when Mr. Eversole began screaming and cursing at Donnie, telling him he was going to fire him, and that this offense was a "fireable offense" and "unforgiveable." This went on for about a minute while Donnie apologized many times. Mr. Eversole said that he was writing him up "final" and Donnie asked, "why final." I then heard through the telephone Mr. Eversole say to Donnie, "if you are too old to handle this work, I will fire you immediately and find someone who is capable." Mr. Eversole then disconnected the phone call. I then

watched Donnie, in shock, packed up his stuff and leave for the office.

11. I was a long time, well-connected New York City resident and multiple New York City business owner for many years, and have never seen the level of stress and demeaning behaviors placed on an employee by an employer to this level that I have witnessed Donnie endure. I have witnessed Donnie's health spiral out of control almost immediately when he started working directly for Mr. Eversole upon his return to MSG in 2023.

\*   \*   \*

I affirm, this 27ᵗʰ day of December 2024, under the penalties of perjury under the laws of New Jersey, which may include a fine or imprisonment, that the foregoing is true.

Fiona a. Rooney

Fiona Rooney