# Exhibit D

**Ariana Zhao**

---

| | |
|---|---|
| **From:** | Leblang, Kevin B. <kleblang@KRAMERLEVIN.com> |
| **Sent:** | Tuesday, January 21, 2025 8:40 AM |
| **To:** | Ethan Krasnoo; Fisher, Jordan |
| **Cc:** | Ariana Zhao; Fassler, Rachael A. |
| **Subject:** | RE: Ingrasselino v. Madison Square Garden Entertainment Corp. et al.; Pre-Mediation Production |

Ethan,

As I advised you on several occasions, MSG only agreed to proceed to mediation based on your representation that you would provide information that would be extremely damaging to MSG and change our view of the merits of your client's allegations.  We have reviewed the documents and affidavits you provided and, frankly, they did not change MSG's opinion of the lack of merit of Mr. Ingrasselino's allegations.  In light of Mr. Ingrasselino's demand and MSG's view of the case, we do not think that a mediation could succeed and therefore we are cancelling the mediation.

As promised, the information you provided will be held in confidence and MSG will pay any cancellation fee for the mediation.

Thank you.

Kevin

Kevin B. Leblang
Partner Chair, Employment Law

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, New York 10036
**T** 212.715.9306 **F** 212.715.8306
kleblang@KRAMERLEVIN.com

Bio

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Ethan Krasnoo <EKrasnoo@rpjlaw.com>
**Sent:** Tuesday, December 31, 2024 12:31 PM
**To:** Leblang, Kevin B. <kleblang@KRAMERLEVIN.com>; Fisher, Jordan <JFisher@KRAMERLEVIN.com>
**Cc:** Ariana Zhao <AZhao@rpjlaw.com>
**Subject:** [EXTERNAL] RE: Ingrasselino v. Madison Square Garden Entertainment Corp. et al.; Pre-Mediation Production

Hi Kevin and Jordan.

Attached is an additional confidential pre-mediation document that was not in our December 20 production.

Have a good New Year.

Best,

Ethan

_____

Ethan M. Krasnoo, Esq.
Partner
He|Him|His


Reavis Page Jump LLP | 41 Madison Avenue | 41st Floor | New York, NY | 10010
tel: 212.763.4100 | direct: 212.763.4148 | fax: 212.763.4141
ekrasnoo@rpjlaw.com | www.rpjlaw.com

Attorneys and Affiliated Attorneys admitted to practice law in New York, Connecticut, District of Columbia, Massachusetts, New Jersey, California, Colorado, Hawaii, Oregon, Texas, European Union, England and Wales, France (Paris Bar) and Sweden.  RPJ is a certified Women's Business Enterprise.

*This communication is subject to attorney-client privilege and contains confidential information intended only for the individual or entity named above. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error so we may redeliver it to the intended recipient.  Thank you.*

**From:** Ariana Zhao <AZhao@rpjlaw.com>
**Sent:** Friday, December 20, 2024 4:34 PM
**To:** kleblang@kramerlevin.com; Fisher, Jordan <JFisher@KRAMERLEVIN.com>
**Cc:** Ethan Krasnoo <EKrasnoo@rpjlaw.com>
**Subject:** Ingrasselino v. Madison Square Garden Entertainment Corp. et al.; Pre-Mediation Production

Good afternoon,

On behalf of Mr. Krasnoo, please find below a link to Complainant Donald Ingrasselino's pre-mediation document production.  As previously discussed, the documents have been marked "Confidential" and are to be kept as such.

https://www.dropbox.com/scl/fo/vuw46sv5nuw4vj5xwyuwq/AIsonf14lEb70b8eODPvJQY?rlkey=scufn67oly6re6g5tc3l50w6e&st=ctg7pq93&dl=0
Password: 8bQpS110

Please let us know if you have any difficulty accessing the documents.

Best,
Ariana
_____

Ariana L. Zhao
Senior Litigation Paralegal & Business Manager
She|Her|Hers

Reavis Page Jump LLP | 41 Madison Avenue | 41st Floor | New York, NY |10010
tel:  212.763.4100 | direct:  212.763.4156 | fax:  212.763.4141
azhao@rpjlaw.com | www.rpjlaw.com

Attorneys and Affiliated Attorneys admitted to practice law in New York, Connecticut, District of Columbia, Massachusetts, New Jersey, California, Colorado, Hawaii, Oregon, Texas, U.S. Patent and Trademark Office, European Union, England and Wales, France (Paris Bar) and Sweden.  RPJ is a certified Women's Business Enterprise.



*This communication is subject to attorney-client privilege and contains confidential information intended for the individual or entity named above only. If you are not the intended recipient, or the employee or agent responsible for delivery to the intended recipient, you are hereby notified that any review, distribution or copying of this communication is strictly prohibited. Kindly advise us if you received this communication in error so we may redeliver it to the intended recipient. Thank you.*