# HUNTON

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL    212 • 309 • 1000
FAX    212 • 309 • 1100

SHAWN PATRICK REGAN
DIRECT DIAL: 212 • 309 • 1046
EMAIL: sregan@hunton.com

February 11, 2026

<u>Via ECF</u>

Hon. Vernon S. Broderick, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Ingrasselino v. Madison Square Garden Entertainment Corp., et al.*,
          <u>Case No. 1:25-cv-07980-VSB-HJR</u>

Dear Judge Broderick:

We represent both Defendants in this suit — Mr. John Eversole and Madison Square Garden Entertainment Corp.

We write, pursuant to Rule 4(B) of Your Honor's Individual Rules & Practices in Civil Cases, to respectfully request Your Honor authorize us to file, with respect to Defendants' motion to dismiss, a single consolidated reply brief on behalf of both Defendants with a modestly enlarged word-count limit, which we believe will further judicial economy and the just, speedy and fair administration of justice. Fed. R. Civ. P. 1. Our reply is due on Friday, February 13.

For his Opposition to Defendants' motion to dismiss, Plaintiff requested an additional 2,250 words, for a total of 11,000 words. Your Honor authorized Plaintiff to file a brief of up to 10,000 words. Plaintiff's counsel thereafter filed a brief within that 10,000-word limit, but also filed a ten-paragraph declaration accompanied by three exhibits totaling 14 pages including two declarations.[1] Plaintiff's counsel also filed two 27-paragraph declarations, one by him and the other by Plaintiff, in opposition to Defendants' related motion to disqualify.

For context, Plaintiff's Complaint asserts nine causes of action, most of which consist of multiple claims or theories. So if Defendants' consolidated motion to dismiss reply brief contained nothing else, Defendants would have fewer than 400 words, *i.e.,* approximately three paragraphs, to address each entire cause of action (under the Court's default limit of 3,500 words for reply briefs). For further context, among the numerous cases cited in Plaintiff's Opposition are 46 cases we anticipate the Court may expect Defendants to address, albeit with the utmost efficiency. Setting forth *merely the Bluebook form initial citations* for these cases, and the far fewer cases Defendants cite in response to those, requires 928 words. Those citations alone account for more than 25 percent of the 3,500 default word-count limit.

---

[1] Defendants' opening brief was within the default word-limit of 8,750 words.

Defense counsel have taken great pains to prepare a most efficient, consolidated reply brief for our two clients. To ensure that Defendants can properly address the various issues, we respectfully request that Your Honor authorize counsel to file, on its motion to dismiss, a single, consolidated reply brief on behalf of our two clients with up to 1,500 additional words (not more than 5,000 words total). The result will be that our two clients have a collective total of 5,000 words to respond to Plaintiffs' 10,000 word brief and the multiple declarations and exhibits he filed with it.

Defendants submit this is necessary to ensure Plaintiff's counterarguments are fairly rebutted and to best serve the parties and court.

We appreciate Your Honor's attention to this request.

Respectfully submitted,

Shawn Patrick Regan

cc: All Counsel (via ECF)