UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2026

DONALD INGRASSELINO,

                  Plaintiff,

        -v-

MADISON SQUARE GARDEN
ENTERTAINMENT CORP., ET AL.,

               Defendants.

**ORDER**

25-CV-7980 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 24, 2025, Defendants filed a motion to disqualify Ethan M. Krasnoo and Reavis Page Jump LLP from continuing to represent Plaintiff Donald Ingrasselino in this action. ECF Nos. 22–23. Plaintiff filed his opposition on January 16, 2026, ECF No. 32, and Defendants filed their reply on February 13, 2026. ECF Nos. 39–41.

A hearing on the disqualification motion is scheduled before Magistrate Judge Henry J. Ricardo on **March 10, 2026 at 3:00 p.m.**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated: February 17, 2026
      New York, New York

                                Henry J. Ricardo
                                United States Magistrate Judge