UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD INGRASSELINO,

                    Plaintiff,

        -v-

MADISON SQUARE GARDEN
ENTERTAINMENT CORP., ET AL.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/10/2026___

**ORDER**

25-CV-7980 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On March 10, 2026, the Court held a conference on Defendants' motion to disqualify Ethan M. Krasnoo and Reavis Page Jump LLP from continuing to represent Plaintiff Donald Ingrasselino in this action. For the reasons discussed during the conference, Defendants' motion, ECF No. 22, is **GRANTED IN PART** and **DENIED IN PART**.

The Court finds that Mr. Krasnoo "is likely to be a witness on a significant issue of fact" for certain claims and is thus subject to disqualification. *See* N.Y. Rule of Pro. Conduct 3.7(a). Mr. Krasnoo is disqualified from serving as trial counsel for the breach of contract, good faith and fair dealing, promissory estoppel, and conversion claims.[1] This disqualification does not extend to the other claims in this action, nor is Mr. Krasnoo disqualified from other, non-trial, participation in this

---

[1] As the Court noted on the record, if these claims are dismissed, no disqualification is necessary.

1

case.  This ruling is further limited to Mr. Krasnoo individually, and the firm Reavis Page Jump LLP is not disqualified.

**SO ORDERED.**

Dated: March 10, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2