UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

DONALD INGRASSELINO,          Plaintiff,              Case No.  1:25-cv-07980-VSB-HJR

    -against-

MADISON SQUARE GARDEN
ENTERTAINMENT CORP., ET AL.,   Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔]  I have cases pending        [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Shawn Patrick Regan
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: SR0925_____   My State Bar Number is 2834943_____

I am,

[✔]    An attorney

[ ]    A Government Agency attorney

[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Hunton Andrews Kurth LLP_____
               FIRM ADDRESS: 200 Park Avenue, 52nd Floor New York, NY 10166___
               FIRM TELEPHONE NUMBER: (212) 309-1000_____
               FIRM FAX NUMBER: (212) 309-1100_____

NEW FIRM:    FIRM NAME: Morgan, Lewis, & Bockius LLP_____
               FIRM ADDRESS: 101 Park Avenue New York, NY 10178-0060_____
               FIRM TELEPHONE NUMBER: (212) 309-6000_____
               FIRM FAX NUMBER: (212) 309-6001_____

[✔]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: April 9, 2026              /s/ Shawn Patrick Regan_____
                                      ATTORNEY'S SIGNATURE