UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
                                                         :
DONALD INGRASSELINO,                                     :
                                                         :
                             Plaintiff,                  :
                                                         :              25-CV-7980 (VSB)
              -against-                                  :
                                                         :         **AMENDED ORDER OF**
MADISON SQUARE GARDEN                                    :            **REFERENCE**
ENTERTAINMENT CORP.,  *et al.*,                          :
                                                         :
                             Defendants.                 :
                                                         :
--------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      The above-entitled action is referred to the designated Magistrate Judge for the following
purposes:

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: Doc. 17 Motion to Dismiss Doc. 20 Motion to Strike |

SO ORDERED.
Dated:     April 16, 2026
          New York, New York

                                       Vernon S. Broderick
                                       United States District Judge