UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                 :

DONALD INGRASSELINO,             :
                                 :

                  Plaintiff,   :
                                 :                 25-CV-7980 (VSB)

          -against-        :
                               :                   **ORDER**

MADISON SQUARE GARDEN    :
ENTERTAINMENT CORP., *et al.*,  :
                               :

               Defendants.  :
                               :
------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On November 24, 2025, Defendants moved to dismiss the complaint and moved to strike certain allegations in the complaint.  (Docs. 17, 20.)  On April 16, 2026, I order Plaintiff to file an amended complaint, pursuant to Rule 15(a)(2), withdrawing certain of his claims.  (Doc. 52.)  I also ordered the parties to file updated motion papers after Plaintiff files his amended complaint.  (*Id.*)  On April 27, 2026, Plaintiff filed the amended complaint.  (Doc. 53.)  Therefore, Defendants' motion to dismiss and motion to strike are moot.  *See, e.g.*, *Carusillo v. Fansided, Inc.*, No. 20-CV-4766, 2021 WL 4311167, at *2 n.2 (S.D.N.Y. Sept. 21, 2021) ("Plaintiffs' filing of the Second Amended Complaint renders moot the original motion to dismiss and it is therefore denied as moot.").  Accordingly, it is hereby:

ORDERED that Defendants' motion to dismiss and motion to strike, (Docs. 17, 20), are DENIED as moot.

The Clerk of the Court is respectfully directed to terminate the pending gavels at Doc. 17, 20.

SO ORDERED.
Dated:       April 28, 2026
              New York, New York

                                        Vernon S. Broderick
                                        United States District Judge