UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD INGRASSELINO,<br><br>Plaintiff,<br>v.<br><br>MADISON SQUARE GARDEN ENTERTAINMENT CORP. and JOHN EVERSOLE, individually,<br><br>Defendants. | Case No. 1:25-cv-7980-VSB-HJR |

**DEFENDANTS' NOTICE OF MOTION TO STRIKE CERTAIN ALLEGATIONS IN PLAINTIFF'S FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all prior pleadings and proceedings had herein, Defendants Madison Square Garden Entertainment Corp. and John Eversole ("Defendants"), by and through the undersigned counsel, hereby move this Court for an order striking certain allegations in Plaintiff Donald Ingrasselino's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(f).

DATED: New York, New York
May 7, 2026

Respectfully submitted,

By: */s/ Shawn Patrick Regan*

Shawn Patrick Regan
James J. La Rocca
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
shawn.regan@morganlewis.com
james.larocca@morganlewis.com

Christopher M. Pardo
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, Massachusetts 02110-1726

Tel.: (617) 341-7700
Fax: (617) 341-7701
christopher.pardo@morganlewis.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD INGRASSELINO,<br><br>Plaintiff,<br>v.<br><br>MADISON SQUARE GARDEN ENTERTAINMENT CORP. and JOHN EVERSOLE, individually,<br><br>Defendants. | Case No. 1:25-cv-7980-VSB-HJR<br><br>**CERTIFICATE OF SERVICE** |

I certify that, on the date set forth below, I caused the foregoing to be e-filed with the Court via the CM/ECF system, which sent notification of such filing to the attorneys of record.

DATED: New York, New York
May 7, 2026

By: */s/ Shawn Patrick Regan*

Shawn Patrick Regan
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060
Tel.: (212) 309-6000
Fax: (212) 309-6001
shawn.regan@morganlewis.com
*Attorneys for Defendants*